UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CROWN FINANCIAL SOLUTIONS, LLC,

        Plaintiff,                        12 CV 0669 (ALC)(MHD)

       -against-                 **REPLY DECLARATION OF MATTHEW SHEPPE**

TL GILLIAMS, LLC, PARLIN FUNDS LLC and
THE PARLIN FAMILY FOUNDATION,

        Defendants.
------------------------------------------------------------ x

      MATTHEW SHEPPE, an attorney duly licensed to practice law in the State of New York, hereby declares as follows:

      1.      I am a partner at the firm of Reiss Sheppe LLP, counsel for Plaintiff Crown Financial Solutions, LLC ("Plaintiff") in the above-referenced action, and as such I am fully familiar with the facts and circumstances surrounding this action. I submit this reply affirmation in further support of Reiss Sheppe LLP's application by order to show cause to be relieved as counsel for Plaintiff.

      2.      Yesterday evening, I spoke with Plaintiff's principal Todd Seigmeister. Mr. Seigmeister asked that I advise the Court of the following: a) Mr. Seigmeister is still in Ghana and has been suffering from Malaria which has caused him to spend significantly more time in Ghana than he had anticipated and has also made traveling very difficult for him; b) Mr. Seigmeister is scheduled to return to the United States on November 30, 2012; and c) given the above, Mr. Seigmeister respectfully requests that the Court grant Crown Financial until December 7, 2012 to make an appearance by new counsel.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 19, 2012

_____
Matthew Sheppe