UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CROWN FINANCIAL SOLUTIONS LLC,

    Plaintiff-Counterclaim
    Defendant,

- against -

TL GILLIAMS LLC,

    Defendant,

PARLIN FUNDS LLC and the PARLIN
FAMILY FOUNDATION,

    Defendants-Counterclaim
    Plaintiffs

12 Civ. 669 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/21/15

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated September 29, 2015, following an inquest on damages, recommending that judgment be entered in favor of Defendants-Counterclaim Plaintiffs, Parlin Funds LLC and the Parlin Foundation, and against the Plaintiff-Counterclaim Defendant, Crown Financial Solutions LLC, in the amount of $2,337,014.00. The time for objections has passed and no objections have been filed. In any event, the Report and Recommendation are well-founded and should be adopted. Therefore, the Court directs that the Clerk enter judgment as recommended. Because there is no just reason for delay, the Court directs that the judgment be entered pursuant to Federal Rule of Civil Procedure 54(b).

The parties are requested to advise the Court promptly whether there are any remaining claims in the case and whether the case should now be closed.

SO ORDERED.
Dated:   New York, New York
         October 21, 2015

_____
John G. Koeltl
United States District Judge